UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMAGINATION THE AMERICAS, INC. and MARK LINDER,<br><br>       Plaintiffs,<br><br>    -against-<br><br>GREGORY RICHARDSON, *in his Official Capacity as Director of the Texas Service Center*, ALEJANDRO MAYORKAS, *in his Official Capacity as Secretary, U.S. Department of Homeland Security*, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendants. | 21 Civ. 1652 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiffs' Proposed Order to Show Cause with Emergency Relief, filed February 24, 2021 (Dkt. #8).  The parties are ORDERED to appear for a telephonic conference on **February 26, 2021, at 4:00 p.m.** to discuss a briefing schedule.  To access the teleconference, the parties shall call (888) 363-4749 and enter access code #5123533.  Please note, the conference line will not be available prior to 4:00 p.m.

  SO ORDERED.

Dated:  February 25, 2021
     New York, New York

                          *Katherine Polk Failla*
                         _____
                          KATHERINE POLK FAILLA
                          United States District Judge